UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

SCG HOTEL LLC,

Plaintiff, Case No.

v.

SELECTIVE INSURANCE COMPANY
OF THE SOUTHEAST,

Defendant.

_______________________________/

COMPLAINT

Plaintiff, SCG HOTEL LLC, by and through its undersigned counsel, hereby files suit against the Defendant, SELECTIVE INSURANCE COMPANY OF THE SOUTHEAST, and, as grounds therefore, states as follows:

PARTIES, JURISDICTION, AND VENUE

1. At all times material hereto, SCG HOTEL LLC, ("SCG") was the named insured under a Policy issued by SELECTIVE INSURANCE COMPANY OF THE SOUTHEAST ("Selective") covering property owned by SCG in the State of Florida located at 600 Snell Isle Boulevard NE, St. Petersburg, Pinellas County, Florida 33704.

2. At all times material hereto, Defendant was a participant in the Write-Your-Own Program under the National Flood Insurance Program ("NFIP") and issued multiple Standard Flood Insurance Policies to SCG. Those policies are

governed by the National Flood Insurance Act, 42 U.S.C. § 4001 et seq. (1994) ("NFIA").

3. Defendant operated as an insurance provider in Pinellas County, Florida.

4. The NFIA grants original exclusive jurisdiction to the federal courts to hear claims arising out of NFIP flood insurance policies; as such jurisdiction and venue are proper in this Court.

GENERAL ALLEGATIONS

5. SCG owns property located at 600 Snell Isle Boulevard NE, St. Petersburg, Pinellas County, Florida 33704, consisting of the Vinoy Golf Course clubhouse, restaurant, and pro shop (collectively the "Property").

6. At all times material hereto, SCG maintained a Standard Flood Insurance Policy covering the Property with Defendant, NFIP Policy No. 0005154428/ Company Policy No. FLD5154428 (the "Policy"). Plaintiff does not currently possess a full copy of the Policy but anticipates obtaining a full copy of the Policy through discovery in this case. A true and correct copy of the Declaration Page of the Policy is attached hereto as Exhibit "1."

7. The Director of the Federal Emergency Management Agency ("FEMA") is statutorily authorized to promulgate regulations for the adjustment and payment of covered flood losses. *See* 42 U.S.C. § 4019. The FEMA director has put

in place regulations regarding adjustment and payment of flood losses and those regulations are incorporated into the Policy by operation of law.

8. On or about September 27, 2024, SCG suffered significant flood damage to the Property as a result of Hurricane Helene.

9. SCG suffered a covered flood loss under the Policy.

10. SCG duly reported the loss to Defendant and Defendant assigned claim number FLD5154428 to the loss (the "Claim").

11. Defendant accepted coverage for the Claim but has failed and refused to provide the full benefits due for the Claim.

12. All conditions precedent to obtaining coverage for the loss and bringing this action have been complied with, met, or waived.

COUNT I – BREACH OF CONTRACT

13. SCG re-alleges and incorporates by reference paragraphs one (1) through twelve (12) as though fully set forth herein.

14. SCG and Defendant are parties to a valid and binding contract of insurance, the terms of which are set forth in the Policy.

15. The Policy requires Defendant to provide benefits to SCG in the event of a covered loss to the Property.

16. SCG has suffered a covered loss under the Policy.

17. Defendant has failed and refused to provide the full benefits due and owing to SCG for the Claim.

18. Defendant breached the Policy by failing to pay the benefits to which SCG is entitled to for the Claim.

19. SCG has been damaged by Defendant's breach of the Policy.

20. SCG is entitled to compensation for Defendant's breach of the contract.

21. SCG seeks all damages available under the Policy and under the NFIA.

WHEREFORE**,** Plaintiff, SCG, hereby demands judgment against the Defendant, SELECTIVE INSURANCE COMPANY OF THE SOUTHEAST for all damages on Count I to which Plaintiff is entitled under Federal Law and the Policy.

Dated: **August 17, 2026**

Respectfully Submitted,

*Amy Boggs*

Amy D. Boggs, Esq.
Florida Bar No.: 0412422
John Taylor Tetterton, Esq.
Florida Bar No.: 1027728
BOGGS LAW GROUP, PA
4554 Central Avenue, Suite L
St. Petersburg, FL 33711
Phone: (727) 954-8833
boggs-pleadings@boggslawgroup.com
Attorneys for Plaintiff

*(Certificate of Service on the following page)*

CERTIFICATE OF SERVICE

I hereby certify that on this **17th** day of **August 2026**, the foregoing documents were electronically filed with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

Amy Boggs

Attorney